IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNIFUND CCR, LLC, as assignee of Pilot Receivables Management, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**TIMOTHY L. ASHFORD,**<br><br>Defendant. | CASE NO. 8:12CV426<br><br>ORDER OF REMAND |

This matter is before the Court on the Plaintiff's unopposed Objection to Removal (Filing No. 10), requesting that this action be remanded to the County Court of Douglas County, Nebraska, and Magistrate Judge F.A. Gossett's Findings and Recommendation (Filing No. 12), recommending that this action be so remanded. The Defendant has not filed an objection to Judge Gossett's Findings and Recommendation, and the time for filing objections has passed. *See* NECivR 72.2(a).

Having conducted a de novo review of the record, *see* 28 U.S.C. § 636(b)(1)(A), the Court adopts Judge Gossett's Findings and Recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. The Findings and Recommendation (Filing No. 12) are adopted in their entirety;

2. The Objection to Removal (Filing No. 10) is sustained; and

3. This matter is remanded to the County Court of Douglas County, Nebraska.

Dated this 19th day of March, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge